Willmore F. Holbrow, III (SB# 169688)
bill_holbrow@bstz.com
James W. Ahn (SB#243335)
James_ahn@bstz.com
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel:  (310) 207-3800
Fax:  (310) 820-5988

Attorneys for Plaintiff SPIRIT CLOTHING COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation <br><br> Plaintiff, <br><br> vs. <br><br><br> VICTORIA'S SECRET STORES, LLC, a Delaware Limited Liability Company; VICTORIA'S SECRET DIRECT, LLC, an Ohio Limited Liability Company, <br><br> Defendants. | Case No:  2:14-cv-03790 JAK-FFM <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Plaintiff, SPIRIT CLOTHING COMPANY, INC., a California corporation, and the undersigned counsel for Defendants, VICTORIA'S SECRET STORES, LLC and VICTORIA'S SECRET DIRECT, LLC, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action, including all claims raised by either party, is hereby dismissed with prejudice.  Each side will bear its own costs and attorneys' fees.   All

1  signatories listed below, and on whose behalf the filing is submitted, concur in this filing's

2  content and have authorized this filing.

3

4      Dated:  July 23, 2014              Respectfully submitted,

5

6                                        /s Willmore F. Holbrow/
                                         Willmore F. Holbrow, III
7                                        James W. Ahn
                                         BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
8                                        12400 Wilshire Boulevard, Seventh Floor
                                         Los Angeles, California 90025
9                                        Tel:  310.207.3800
                                         Fax: 310.820.5988
10                                       Attorneys for Plaintiff

11

12     Dated:  July 23, 2014              Respectfully submitted,

13                                       / Christopher S. Ruhland/
                                         Christopher S. Ruhland
14                                       Anna Q. Do
                                         DECHERT LLP
15                                       633 West 5th Street, 37th Floor
                                         Los Angeles, CA  9007-2013
16                                       Tel:  213.808.5700
                                         Fax: 213.808.5760
17                                       Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, I electronically filed the foregoing document with the Clerk of this Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record pro se parties identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who re not authorized to receive electronic Notices of Electronic Filing.

> Christopher S. Ruhland
> Anna Q. Do
> DECHERT LLP
> 633 West 5th Street, 37th Floor
> Los Angeles, CA  9007-2013
> Tel:  213.808.5700
> Fax: 213.808.5760
> Attorneys for Defendants

> _/Maria Papi/_
> Maria Papi

3