# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA'S SECRET STORES, LLC, a Delaware Limited Liability Company; VICTORIA'S SECRET DIRECT, LLC, an Ohio Limited Liability Company,<br><br>Defendants | Case No: 2:14-cv-03790 JAK-FFM<br><br>**ORDER OF DISMISSAL**<br><br>**JS-6** |

Pursuant to Fed. R. Civ. Procedure 41(a)(2), in view of he Stipulation of Dismissal filed by the parties, all the claims in this case are hereby dismissed with prejudice, with each party bearing its own costs, expenses and attorneys fees.

IT IS SO ORDERED.

Dated: July 24, 2014

_____
John A. Kronstadt
United States District Judge

1